IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES A. SEMMENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:14-cv-001096 |
| v. ) | Chief Judge Haynes |
| ) | |
| CHARLES T. HAGEL, Secretary of Defense ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Initial Case Management Conference previously set in this action for Monday, June 30, 2014 at 2:00 p.m. is reset for **Friday, June 27, 2014 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 11th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge